IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Roark, Donald K

Printed: 01/22/09

Case Number: 08 B 14137
Judge: Hollis, Pamela S
Filed: 6/2/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 230.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 230.00 |
| Totals: | 230.00 | 230.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | City Of Chicago Dept Of Revenue | Unsecured | 805.00 | 0.00 |
| 2. | Jefferson Capital Systems LLC | Unsecured | 37.20 | 0.00 |
| 3. | Loyola University Phys Foundation | Unsecured | 737.20 | 0.00 |
| 4. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 5. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 6. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 7. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 8. | Illinois Collection Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 1,579.40 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

